UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHANIE ALICE MCGARRAH, | Case No. 25-cv-04523-NW |
|---|---|
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, et al., | Re: ECF No. 8 |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Donna M. Ryu for consideration of whether the case is related to *McGarrah v. Berryhill*, Case No. 17-cv-03092-DMR.

**IT IS SO ORDERED.**

Dated: July 14, 2025

_____
NOËL WISE
United States District Judge